

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

In the Matter of the

§

ESTATE OF GLORIA IRMA
MARQUEZ.

§

§

§

§

No. 08-19-00303-CV

Appeal from the

Probate Court No. 2

of El Paso County, Texas

(TC# 2019CPR01456)

## MEMORANDUM OPINION

John Ramon Ogaz has filed this attempted appeal challenging the trial court's order denying a motion to vacate a transfer order. We dismiss for want of jurisdiction.

Appellate courts have jurisdiction over final judgments and those specific interlocutory orders deemed reviewable by statute. *See* TEX.CIV.PRAC.&REM.CODE ANN. §§ 51.012 and 51.014. An order denying a motion to vacate a previous transfer order is not a final order because it does not dispose of all parties and all claims. As such, the order is interlocutory. There is no statutory authorization that would allow us to review this order on interlocutory review. Consequently, we are without jurisdiction to entertain this challenge to the trial court's order.

This attempted appeal is dismissed for want of jurisdiction.

January 24, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.